BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STANLEY C. MADEWELL;<br>AFFORDABLE AUTO REPAIR<br><br>　　　　　Respondent. | 1:12-mc-00009-SKO<br><br>**PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE**<br><br>**TAXPAYER:**<br>STANLEY C. MADEWELL;<br>AFFORDABLE AUTO REPAIR |

TO THIS HONORABLE COURT:

　　PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons to be enforced here. The case can and should be closed.

Dated: May 16, 2012　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By:　/s/ *YHimel*
　　　　　　　　　　　　　　　　　YOSHINORI H. T. HIMEL
　　　　　　　　　　　　　　　　　Assistant U. S. Attorney

# **ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file.

IT IS SO ORDERED.

**Dated:   May 16, 2012**                               /s/ Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE