BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-mc-00009-SKO |
|---|---|
| Petitioner, | **PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE** |
| v. | |
| STANLEY C. MADEWELL; AFFORDABLE AUTO REPAIR | **TAXPAYER:** STANLEY C. MADEWELL; AFFORDABLE AUTO REPAIR |
| Respondent. | |

TO THIS HONORABLE COURT:

    PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons to be enforced here. The case can and should be closed.

Dated: May 16, 2012            BENJAMIN B. WAGNER
                                  United States Attorney

                          By:  /s/ *YHimel*
                                 YOSHINORI H. T. HIMEL
                                 Assistant U. S. Attorney

# **ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file.

IT IS SO ORDERED.

**Dated:   May 16, 2012**                           /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE